**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

NEXT MOVE, INC.,                                    )
                                                    )
                        Plaintiff,                  )
                                                    )
vs.                                                 )    Case No. 24-cv-2197-JWB-TJJ
                                                    )
                                                    )
RECOVER-CARE COLORADO, LLC, et                      )
al.,                                                )
                                                    )
                        Defendants.

**MEMORANDUM AND ORDER**

Before the Court is Movant Attorneys David J. Welder and Courtney McCray's (collectively "Movants") Motion to Withdraw as Counsel (ECF No. 104). Movants request they be allowed to withdraw from this action with respect to their clients, Defendants Recover-Care Colorado, LLC d/b/a Recover-Care West, Orchard Valley Health and Rehabilitation Center, LLC and Creekside Village Health and Rehabilitation Center, LLC (collectively "Defendants"). As the relief requested would leave Defendants without counsel, movants must satisfy the requirements of D. Kan. Rule 83.5.5(a). Upon review, the Court concludes that the motion should be granted.

For the reasons stated in the Motion to Withdraw as Counsel, good cause exists for movants to withdraw. Movants state the reason for their withdrawal is that Defendants are currently part of an Assignment for the Benefit of Creditors proceeding in California.[1] Movants have also informed Defendants they are responsible for complying with all orders of the Court, of the time limitations established by the Court's rules, and of the dates of any pending trial, hearings,

---

[1] *See* ECF No. 38, p. 1.

conferences, and deadlines, including the deadline to respond to Plaintiff's Motion for Summary Judgment.

Movants have shown that Defendants received a copy of the Motion to Withdraw. Defendants were sent a copy of the Motion to Withdraw via email and certified mail, and the tracking information shows that the motion to withdraw was delivered on August 23, 2025.[2]

From the date of service of this Order on the parties to this action, no further notices, papers or pleadings are to be served upon withdrawing counsel. All further notices, papers or pleadings to Defendants shall be served at the following address:

> Attn: Kevin Peters
> 720 S. Colorado Blvd., Suite 211
> Glendale, CO 80246
> Tel: 720-974-6207

Movants are hereby authorized to withdraw as counsel of record for Defendants Recover-Care Colorado, LLC d/b/a Recover-Care West, Orchard Valley Health and Rehabilitation Center, LLC and Creekside Village Health and Rehabilitation Center, LLC

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel (ECF No. 38) is granted.

**IT IS SO ORDERED.**

Dated September 25, 2025, at Kansas City, Kansas.

_____
Teresa J. James
U. S. Magistrate Judge

---

[2] *See* ECF No. 39.